PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington



### Petition for Warrant or Summons for Offender Under Supervision

Report Date: December 19, 2012

Name of Offender: Juan Hernandez-Mercado      Case Number: 2:09CR00162-001

Address of Offender: Southern District of California

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 12/10/2009

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 366 Days<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela Jackson Byerly | Date Supervision Commenced: | 9/3/2010 |
| Defense Attorney: | Federal Defender's office | Date Supervision Expires: | 9/2/2013 |

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition #14:** Defendant is prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should defendant reenter the United States, defendant is required to report to the probation office within 72 hours of reentry.

     **Supporting Evidence:** The offender was released from the Bureau of Prisons' custody on September 3, 2010, and turned over to Immigration Customs and Enforcement for deportation processing. Mr. Hernandez-Mercado was arrested for illegally entering the United States on or about December 8, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2012

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

/s/ Edward F. Shea

Signature of Judicial Officer

December 20, 2012

Date